UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| STEPHEN SHELTON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO: 3:20-cv-00027-JMS-MPB |
| ) | |
| AIR QUALITY SERVICES, LLC ) | |
| ) | |
| Defendant ) | |

## ORDER OF DISMISSAL

Come now the Plaintiff, Stephen Shelton, by counsel, Biesecker Dutkanych & Macer, LLC and Defendant, Air Quality Services, LLC, by counsel, Ziemer, Stayman, Weitzel & Shoulders, LLP, and having filed their "Stipulation of Dismissal of Action" and the Court, having considered the same, and being duly advised, now finds that Plaintiff's Complaint should be dismissed with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint against the Defendant, Air Quality Services, LLC, be dismissed, with prejudice, with each party to bear their own costs [20].

Date: 8/19/2020

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record via email generated by the Court's ECF System.**